# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>INA T. ALSBROOKS, ET AL.,<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-05660<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served INA T. ALSBROOKS the above process on the 18 day of January, 2017, at 11:15 o'clock, AM, at 5830 BELMAR TERRACE PHILADELPHIA, PA 19143, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_____

County of _Berks_____   ) SS:

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158182
Case ID #: 4791347

Subscribed and sworn to before me
this _20_ day of _Jan_____, 20 _17_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO/ Brittni A

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5673-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703753226443<br>9171999991703753226443 | ALSBROOKS, INA T.<br>5830 Belmar Terrace<br>Philadelphia, PA 19143 | <br>ERR<br>C | 2.520 | <br>1.40<br>3.45 | | | 7.37 |
| Page Totals<br>Cumulative Totals | 1<br>1 | | 2.52<br>2.52 | 4.85<br>4.85 | | | 7.37<br>7.37 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____  Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)      Extra Service Codes:
                              C     Certified
                              ERR   Return Receipt

[Round stamp: JAN 17 2017, USPS CONTINENTAL STATION, PHILA PA 19106]

| | Check type of mail or service; | | Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt | | |
|---|---|---|---|---|---|
| Name and Address of Sender KML LAW GROUP, P.C. SUITE 5000 701 MARKET STREET PHILADELPHIA, PA 19106-1532 | ☐ Certified ☐ COD ☐ Delivery Confirmation ☐ Express Mail ☐ Insured | ☐ Recorded Delivery (International) ☐ Registered ☐ Return Receipt for Merchandise ☐ Signature Confirmation | | | |
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | | Postage | Fee | Hand'l Char |
| 1. | | | | | |
| 2. | | | | | |
| 3. | TO | INA ALSBROOKS ALSBROOKS, INA T. 5830 Belmar Terrace Philadelphia, PA 19143 | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 19106
02 1W
0001391829 JAN 17 2017
$ 001.95⁰

PHILA, PA 19106
JAN 17 2017
USPS CONTINENTAL STATION

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | See Privacy Act Statement on Reverse |
|---|---|---|---|

Complete by Typewriter, Ink, or Ball Point Pen

PS Form **3877**, February 2002 (Page 1 of 2)    Sale Date:

USA-158182   Philadelphia County

INA T. ALSBROOKS

PCO - Back to Britni Augustyn